IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BOBBY LEON WYNN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-cv-19(MTT) |
| SHERIFF DAVID DAVIS, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Before the Court is Magistrate Judge Stephen Hyles's Recommendation to dismiss the Plaintiff's claims of denial of access to courts and confiscation of books and religious materials without prejudice. (Doc. 7). The Magistrate Judge also recommends dismissing Defendants Sheriff David Davis, Chief Jailer Russell Nielson, and Captain Mike Scarburry without prejudice. Further, the Magistrate Judge recommends dismissing the Plaintiff's claims of denial of visitation and freezing of his inmate account with prejudice. The Plaintiff has objected to the Recommendation. (Doc. 11).

Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation and the Plaintiff's Objection. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. Accordingly, the Plaintiff's only remaining claims are his claims of censorship of mail and misapplication of funds against Defendants Major Helen Jackson and Fiscal Service Officer Danny Thompson.

**SO ORDERED**, this 22nd day of May, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT