IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BOBBY LEON WYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-19 (MTT) |
| ) | |
| Major HELEN JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Before the Court is Magistrate Judge Stephen Hyles's Recommendation (Doc. 21) to construe the Defendants' motion (Doc. 17) as a motion for summary judgment and to grant the motion.[1] The Magistrate Judge found there is no genuine issue as to any material fact on either the censorship of mail claim against Defendant Major Helen Jackson or the misapplication of funds claim against Defendant Danny Thompson and that the Defendants are entitled to judgment as a matter of law. The Plaintiff has objected to the Recommendation. (Doc. 22).

The Court has thoroughly considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Courts accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Accordingly, the Defendants' motion is construed as a motion for summary judgment and is **GRANTED.**

---

[1] The Magistrate Judge considered affidavits and exhibits attached to the Defendants' motion; therefore, the motion is properly treated as a motion for summary judgment. *See* Fed. R. Civ. P. 12(d).

**SO ORDERED,** this the 15th day of November, 2013.

                                              <u>S/ Marc T. Treadwell</u>
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT